```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/11
```

Hol. News/S,

David N. Wynn (DW 8660)  
Leah Montesano, Esq. (*To be admitted pro hac vice*)  
ARENT FOX LLP  
1675 Broadway  
New York, NY 10019  
Tel: (212).484.3900  
Fax: (212).484.3990  
wynn.david@arentfox.com  
montesano.leah@arentfox.com  
*Attorneys for Defendant*

ECF CASE


RECEIVED MAR 29 2011  
CHAMBERS OF  
RICHARD J. HOLWELL

**UNITED STATES DISTRICT COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

---

FORUM NOVELTIES, INC.,

       Plaintiff,

  v.

GREENLIGHT, LLC and HEBREW UNIVERSITY OF JERUSALEM,

       Defendants

**Civil Case No.**  
**10-CV-9414 (RJH)**

STIPULATION AND ORDER  
EXTENDING TIME TO  
ANSWER COMPLAINT

---

  It is hereby stipulated and agreed to by and between counsel for the parties that defendants Greenlight, LLC and Hebrew University of Jerusalem's time to answer, move to dismiss, or otherwise respond to the complaint is extended through and include April 15, 2011.

  This is Defendant Hebrew University of Jerusalem's second request for an extension and Greenlight, LLC's third request for an extension to respond to Plaintiff's complaint. The predicate for the stipulation is to enable counsel to complete ongoing settlement discussions to

1

TECH/966902.1

resolve the action. The parties do not believe this stipulation will affect any orders or the schedule of the Court.

_____
Andrew Sol Langsam, Esq. (AL7396)
Sara E. Bell, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 515-6969
alangsam@pryorcashman.com
sbell@pryorcashman.com
*Attorneys for Plaintiff*

Dated: March 28, 2011

_____
David N. Wynn, Esq. (DW8660)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
wynnd@arentfox.com
*Attorneys for Defendants,*
*Greenlight Productions LLC and*
*Hebrew University of Jerusalem*

Dated March 28, 2011

SO ORDERED:

_____
Hon. Judge Richard J. Holwell
U.S.D.J.     4/4/11