Hello. Sign in to get personalized recommendations. New customer? Start here.       FREE 2-Day Shipping: See details

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards         Your Digital Items | Your Account | Help

Shop All Departments     Search  All Departments  [                    ]        Cart        Wish List

Toys & Games      Categories & Characters   Bestsellers   New Releases   Boys Toys   Girls Toys   Games & Puzzles   Hobby, Models & Trains   Toys Outlet

### Einstein Wig & Mustache Kit
by Forum

(7 customer reviews) | (1)

Price: **$10.20**

**In Stock.**
Ships from and sold by **CostumeHub**.
Only 2 left in stock--order soon.

**5 new** from $9.99

**$10.20** + $3.80 shipping
In Stock. Sold by **CostumeHub**
Quantity: 1

or
Sign in to turn on 1-Click ordering.

**More Buying Choices**

HalloweenMart
$11.40 + $3.45 shipping

Toynk Toys
$9.99 + $4.99 shipping

TotallyCost...
$11.99 + $6.99 shipping

**5 new** from $9.99

Have one to sell?

Share

View and share related images

### Frequently Bought Together

Customers buy this item with Tyvek Labcoat Snap 2/Poc Small by Dupont Personal Protection   $8.99

**Price For Both: $19.19**

These items are shipped from and sold by different sellers. Show details

### Customers Who Bought This Item Also Bought

Page 1 of 17

Back                                                                                                                            Next

Tyvek Labcoat Snap 2 / Poc Small by Dupont Personal Protection
(4)
$8.99

Who Was Albert Einstein? by Jess Brallier
(13)
$4.99

RG Costumes 90030-M Lab Coat Costume - Size Child... by RG Costumes
(1)
$19.99

Aeromax Jr. Lab Coat, 3 / 4 Length (Child 8-10) by Aeromax
$18.11

RG Costumes 90030-L Lab Coat Costume - Size Child... by RG Costumes
(1)
$19.99

White Swan Uniforms Men's White Lab Coat White Swan
(8)
$15.99 - $19.99

### Product Features

Home | Customer Care | Returns | FAQ | Bookmark Us | View Cart

View Cart

Search Keywords, Terms, ...etc.

| View All Kids Costumes | Boys Costumes | Girls Costumes | Baby / Infant Costumes | Kids Costume Accessories |

**FREE Same Day Shipping on Orders Over $99.99 and NO Sales Tax!**   877-800-6897   McAfee SECURE TESTED DAILY 31-MAY

**Most Popular Kids Categories**

Home > Most Popular Kids Categories > View All Kids Categories > Kids Patriot Costumes > Heroes In History Albert Einstein Costume Kit

- View All Kids Categories
- Kids Animal / Insect Costumes
- Kids Avatar Costumes
- Kids Barbie Costumes
- Kids Batman Costumes
- Kids Classic Costumes
- Kids Disney Costumes
- Kids Dr Suess Costumes
- Kids Fairytale Costumes
- Kids Food Costumes
- Kids Funny Costumes
- Kids GI Joe Costumes
- Kids Harry Potter Costumes
- Kids Holiday Costumes
- Kids Horror Costumes
- Kids Indiana Jones Costumes
- Kids Mario Brothers Costumes
- Kids Military Costumes
- Kids Movie / TV Costumes
- Kids Nickelodeon Costumes
- Kids Ninja Costumes
- Kids PBS Costumes
- Kids Pirate Costumes
- Kids Princess Costumes
- Kids Power Rangers Costumes
- Kids Professional Costumes
- Kids Retro Costumes
- Kids Spiderman Costumes
- Kids Star Trek Costumes
- Kids Star Wars Costumes
- Kids Superhero Costumes
- Kids Superman Costumes
- Kids Transformers Costumes
- Kids Warrior Costumes
- Kids Wizard Of Oz Costumes
- Kids WWE Costumes
- Kids Zorro Costumes

Home > Halloween Costumes > Boys Costumes > Kids Patriot Costumes > Heroes In History Albert Einstein Costume Kit



CLICK TO ENLARGE

### Heroes In History Albert Einstein Costume Kit

Availability: In stock and same day shipping for orders that are placed by 3 PM Central Time.

Item #: 8850620

Retail Price: $16.99

**SALE PRICE: $12.95**

You Save $3.00 or 18%

Sizes:
⦿ Standard - One Size Fits Most

Quantity: 1



**Description**

Become a great scientist with this Albert Einstein Heroes In History Kids Kit.

Costume includes:

- Gray Wig
- Matching Moustache

Click here to view a size chart

Halloween Costumes
Girls Costumes
Boys Costumes
Baby Costumes
Kids Accessories

**152 Shopping days left**

8 hrs 47 minutes 24 seconds

HALLOWEEN COUNTDOWN

**Recently Viewed Items**



Heroes In History Albert Einstein Costume Kit
Retail Price: $16.99
Our Price: $13.99

**Kids Patriot Costumes**

Patriot Boy Kids Costume - Official Child Costumes

Little Miss Liberty Kids Costume - Official Child Costumes

Deluxe Martha Washington Kids Costume - Official Child Costumes
Colonial Girl Child Costume - Official Kids Costumes
Girls Betsy Ross Child Costume - Official Kids Costumes





**Days Until Halloween**
152 days 8 hours 53 mins

NEW for 2010 | CLEARANCE COSTUMES | Our eBay Store | Like

albert einstein [Go]

You searched for: **albert einstein**
Recent Searches:  albert einstein

1 - 1 of 1 Item(s) displayed

View All | Previous | Next

**Refine Search:**
**CostumeZone.com whatdoyouwannabe? Search Results**
*You Can Further Refine Your Search By Choosing A Range Below*

**Refine Results By Zone**
⊞ Masks Hats Wigs & Accessories (1)
⊞ Retro & Throwback Costumes (1)
⊞ The Classic Zone ® (1)

**Refine By Manufacturer**
CostumeZone.com (1)

**Refine Results By Price**
below $20 (1)

Sort By: Popularity | Price: Low to High | Price: High to Low

List | Grid



**Albert Einstein - Heroes In History Kit**
Stock: 252
Item #: 6767
**More Details**
Retail Price : **$15.99**
CostumeZone.com Price : **$14.99**
See All Options

List | Grid

View All | Previous | Next

Ecommerce Site Search and 

| Home | Contact Us | FAQ's | Privacy Policy | Terms of Service | Return Policy | Shipping Policy | Credit Card Policy | Trademarks |

© 2000-2010 CostumeZone.com ® & The CostumeZone ® All Rights Reserved

| Christmas Costumes | Halloween Costumes | Hollywood Costumes | Hollywood Costumes |
| Children's Christmas Costumes | Alien Costumes | Superman Costumes | Party Supplies |
| Adult Christmas Costumes | Alien Costume Accessories | Star Wars Costume | Kids Costumes |
| Christmas Masks | Halloween kids Wigs | Cartoon Character Costumes | Cartoon Masks |
| Christmas Hats | Sexy Halloween Costumes | Disney Costumes | Kids Wigs |
| Santa's Wigs | Vampire Costumes | Spiderman Costumes | Renaissance Costumes |
| | Devil Costumes | Harry Potter | Horror Costumes |
| | Witch Costumes | Theater Costumes | Sponge Bob Costume |
| | Monster Costumes | | Power Ranger Costumes |
| | Pirate Costumes | | Austin Powers Costume |

WARNING: Some products on this web site might contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm in accordance with California's Prop 65. **Click Here for More Information**

# CostumesForFun.com
Buy your Costume today. Lowest prices online EINSTEIN HEROES IN HISTORY Today

[search]

Home   Hannah Montana   Fairies Costumes   Disney Costumes   Pet Costumes   About   Privacy   Links

### EINSTEIN HEROES IN HISTORY

**Exercise Your Brain**
Games You Didn't Know Existed to Fight Brain Decline and Aging.

**New Idea? - Start Here**
We Help You Design, Develop, And Present Your Idea to Corporations!

Ads by Google

Home > Accessories > Costume Kits



EINSTEIN HEROES IN HISTORY
Einstein Heroes In History. Kit includes: Wig and Mustache. Can be worn by child or adults.

On Sale $16.80 $11.95 - Click here to buy now!

**Menu**
Home
Costume Kits

**Price**
$1 to $10
$100 to $150
$11 to $100
$150 to $200
$200+

**Style**
Cinderella
Hannah Montana
Iron Man
Political Masks
Princess Leia
Star Wars
THE JOKER

**Latest News**
**Halloween will be here before you know it.**
Halloween is just around the corner and that means everyone will be hunting for that...
**Recycling Halloween decorations**
The key to recycling Halloween decorations comes when decorate in the first...
**Halloween Satety**
Halloween Safety: Safety Alert A...
**Some expert tips for customers**
- Be sure the costume is light and bright enough to be clearly visible...
**History of Halloween**
History The modern holiday of Halloween...

EINSTEIN HEROES IN HISTORY

## Home-and-Family:Holidays Articles from EzineArticles.com

**Memorial Day Memories**
In thinking about this weekend and what I would do it occurred to me that there were a lot of things about his time of year that I really liked. Taking a road trip or getting away for the weekend is definitely at the top of my list. For several years in a row my family would travel to meet friends in Maryland. It was a lot of fun and it was also healing and inspiring after one of our friends passed away.

**Halloween Costumes for Women - Tips on Finding the Best Ones for Them**
Every year on 31 October, people dress up as anything they want. It's the one day of the year where everybody can be something else and let loose. This time of the year, there will be parties all around and I'm sure you will be invited to at least one of those parties. One of the problem people seem to face is to get their Halloween costumes ready. Whether you're looking for a Halloween costume for your sister or for your girlfriend, the tips below will definitely help you in finding cute Halloween costumes for women.

add RSS feeds to any website

© 2011 CostumesForFun.com | Design by: styleshout | Powered by the Affiliate Master Script | Sitemap | Admin



## Similar Products

     

| Franklin Heroes In History $14.95 | Lincoln Heroes In History $13.95 | Betsy Ross Heroes In History Kit $11.99 | Washington Heroes In History $15.36 | Uncle Sam Heroes In History $10.20 | Einstein Wig Adult $16.95 |

## See More Selections

- in Costume > Accessories
- in Costume > Theatrical Makeup
- in Costume > Books, DVDs, CDs
- in Costume > Mustaches & Beards
- in Costume > Costume Accessories
- in Costume > Sub Category = Patriotic
- in Costume > Celebration Occasion = 4th of July
- in Costume > Costume Category = Retro Costumes
- in Costume > Celebration Occasion = Halloween
- in Costume > Age Range = Child
- in Costume > Gender = Male
- in Costume > Manufacturer/Brand = Forum Novelties

## Recently Viewed Pages



albert einstien - Costume




Halloween Costumes    My account    »Customer service    »FAQ    1800-288-9916

Items: 0
Total: $0.00

Adult Costumes    Teen Costumes    Kids Costumes    Toddler Costume    Infant Costume    Plus Size Costumes    Girl Costume

**Clearance** Save up to 50%

All    Search

### Costume Categories

- Children's Costumes
- Adult Costumes
- Accessories
- Party Supplies
- Theme Costumes
- New Arrivals
- Movie Costumes
- Decoration & Props
- Mascot Costumes
- Christmas
- Halloween Costumes
- Novelties

email
password
☐ remember me

password help



Home »» Adult Costumes »» Mens Costume

**ALBERT EINSTEIN HEROES IN HISTORY ACCESSORY KIT**

Product #: WC154708
Retail Price: $13.78
Sale Price: $10.88

Quantity: 1

[Add to Cart]   [BOOKMARK]

View Size Chart

Like   Send

Mouse over image to zoom

**Related Products**

Doctors Lab Coat Kit Child

Abraham Lincoln Beard & Hat

Uncle Sam Heroes in History

Colonial Boy Child Costume

Product Details    Other Info.

Albert Einstien Disguise Kit includes Albert Einstein Wig and Mustache. This Albert Einstein accessory kit can be used by kids or adults.

**Similar Products:**

**Doctors Lab Coat Kit Child**
Is the Doctor IN? In this case hopefully not! Includes: Child's lab coat and accessory pack..

**Abraham Lincoln Beard & Hat**
Abraham Lincoln Beard and hat kit. Our Lincoln Heroes in History Kit includes beard & Stove Pipe Hat.

**Uncle Sam Heroes in History**
Perfect costume kit for 4th of July, plays and class projects.

**Colonial Boy Child Costume**
Colonial Boy Costume includes Vest with Attached Jabot, Sleeves and matching Pants..

**Colonial Man White Wig**
Colonial Man White Wig includes: One white colonial wig..

**Colonial Breeches Adult Costume**
Antique-white knee-length pants with back and side elastic waist, and elastic cuffs with decorative buckle...

Angel costumes        Animal Costumes      Ariel Costumes        Army Costume         Aurora Costumes
Ballerina Costumes    Batgirl Costumes     Catwoman costume      Cinderella Costume   Cleopatra Costume
Cowgirl Costumes      Devil Costumes       Disco Costumes        Fairy Costumes       French Maid Costume