Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Shop All Departments      Search  Toys & Games

Toys & Games      Categories & Characters   Bestsellers   New Releases   Boys Toys   Girls Toys   Games

# Customer Reviews
## Einstein Wig & Mustache Kit

**7 Reviews**

| 5 star: | (3) |
| 4 star: | (1) |
| 3 star: | (2) |
| 2 star: | (1) |
| 1 star: | (0) |

**Average Customer Review**
(7 customer reviews)
Share your thoughts with other customers

**Search Customer Reviews**

☑ Only search this product's reviews

---

**The most helpful favorable review**

1 of 1 people found the following review helpful:

**Einstein Costume a Hit with 9-year old**
My grandson was delighted with this Einstein costume which was received in time for him to participate in a class project. The mustache, however, didn't have enough sticking power and kept falling off.
Published on June 25, 2008 by Hannah F.

> See more **5 star**, **4 star** reviews

**The most helpful critical review**

3 of 3 people found the following review helpful:

**How long have these been on the shelves?**
My son wanted to be Albert Einstein for Halloween (2006). The "Einstein Heroes in History Kit" seemed like a good way to get started on his costume. It contained a white wig and mustache. The wig was fine, but the glue on the mustache had dried up completely, leaving a flaky yellow residue on the back. Well, what's an Einstein costume without a mustache? I bought some...
**Read the full review >**
Published on January 9, 2007 by B. Bigelow

> See more **3 star**, **2 star**, 1 star reviews

---

**Most Helpful First | Newest First**

3 of 3 people found the following review helpful:
**How long have these been on the shelves?**, January 9, 2007
By **B. Bigelow**   - See all my reviews

This review is from: **Einstein Wig & Mustache Kit (Toy)**
My son wanted to be Albert Einstein for Halloween (2006). The "Einstein Heroes in

History Kit" seemed like a good way to get started on his costume. It contained a white wig and mustache. The wig was fine, but the glue on the mustache had dried up completely, leaving a flaky yellow residue on the back. Well, what's an Einstein costume without a mustache? I bought some eyelash glue ($4.50 for a little bottle), thinking that would solve the problem, but the strong smell wasn't exactly a hit with my 11 year old, and he ended up getting a big red mark over his lip when I tried to apply it. He had to wear a sign that said "I'm Albert Einstein" when he went trick-or-treating. I wore a wild brown wig and a sign that said "I'm Einstein's mother" when I gave out candy.

**Help other customers find the most helpful reviews**          Report abuse | Permalink
Was this review helpful to you?                                 Comment

1 of 1 people found the following review helpful:
### Einstein wig and moustache, November 11, 2008
By **Jtreeger**   (Durham, NC) - See all my reviews
This review is from: **Einstein Wig & Mustache Kit (Toy)**
Had to use extra eyelash glue for the moustache, but otherwise it was a big hit!

**Help other customers find the most helpful reviews**          Report abuse | Permalink
Was this review helpful to you?                                 Comment

1 of 1 people found the following review helpful:
### Einstein Costume a Hit with 9-year old, June 25, 2008
By **Hannah F. "eclectic music fan"**   (Valley Village, CA, USA) - See all my reviews
This review is from: **Einstein Wig & Mustache Kit (Toy)**
My grandson was delighted with this Einstein costume which was received in time for him to participate in a class project. The mustache, however, didn't have enough sticking power and kept falling off.

**Help other customers find the most helpful reviews**          Report abuse | Permalink
Was this review helpful to you?                                 Comment

1 of 1 people found the following review helpful:
### fun costume!, March 28, 2007
By **Donna mom**   - See all my reviews
This review is from: **Einstein Wig & Mustache Kit (Toy)**
this worked great - adhesive was fine despite other rvws on site. got lots of compliments!

### Fun costume, April 11, 2011

By **Mom0204**   (Providence, RI USA) - See all my reviews

**Durability:**          **Fun:**          **Educational:**

Amazon Verified Purchase (What's this?)

This review is from: **Einstein Wig & Mustache Kit (Toy)**

My son had a great time with this costume. We bought it for a classroom presentation he was giving, and it was just perfect. The only issue, as other reviewers have mentioned, is the mustache. It doesn't adhere very well. The manufacturer should consider including some other piece of tape or adhesive to improve wear. Otherwise, we really enjoyed this product and recommend it for other Jr. Einsteins!

**Help other customers find the most helpful reviews**          Report abuse | Permalink
Was this review helpful to you?                                Comment

### wig, November 5, 2010

By **W. Pate**   (Trenton, Michigan) - See all my reviews

**Durability:**          **Fun:**          **Educational:**

Amazon Verified Purchase (What's this?)

This review is from: **Einstein Wig & Mustache Kit (Toy)**

the cover on the advertised product did not match the cover of what I received, so I hoped it was the same thing! never heard back from the seller. The mustache does not stay on the face and the harid needs to be fluffed a bit before you wear it, but with that said, the 9 year old thought it was fun to dress up with it for her mad scientist costume.

**Help other customers find the most helpful reviews**          Report abuse | Permalink
Was this review helpful to you?                                Comment

### Einstein wig/moustache, May 24, 2010

By **M. Cady**   - See all my reviews

Amazon Verified Purchase (What's this?)

This review is from: **Einstein Wig & Mustache Kit (Toy)**

Wig looks pretty good with some shedding. The moustache seems to vary in its size...I bought two, but the most bothersome was the adhesive that does not stick...buy some double-sided tape for the moustache.

**Help other customers find the most helpful reviews**          Report abuse | Permalink
Was this review helpful to you?                                Comment

**Most Helpful First** | Newest First