David N. Wynn (DW 8660)  ECF CASE
Leah C. Montesano, Esq. (t*o be admitted pro hac vice*)
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Tel: (212).484-3900
Fax: (212).484-3990
wynn.david@arentfox.com
montesano.leah@arentfox.com
*Attorneys for Defendants*
*Greenlight, LLC and Hebrew*
*University Of Jerusalem*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FORUM NOVELTIES, INC.,** | Civil Case No. 10-CV-9414 (RJH) |
| **Plaintiff,** | |
| v. | **CERTIFICATE OF SERVICE** |
| **GREENLIGHT, LLC and HEBREW UNIVERSITY OF JERUSALEM,** | |
| **Defendants** | |

## CERTIFICATE OF SERVICE

I David N. Wynn, hereby certify that on June 1, 2011, I caused true and correct copies of **Defendant Hebrew University of Jerusalem's Answer and Counterclaim to Plaintiff Forum Novelties, Inc.'s Complaint for Declaratory Relief** and **Defendant Hebrew University of Jerusalem's Rule 7.1 Disclosure Statement** to be filed with the

NYC/586245.1

Court and served in accordance with the Southern Local Rules, and the Southern District's Rules on Electronic Service upon the parties listed below:

Andrew Sol Langsam, Esq.
Sara E. Bell, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 515-6969
alangsam@pryorcashman.com
sbell@pryorcashman.com
*Attorneys for Plaintiff*

_____
David N. Wynn (DW 8660)

NYC/586245.1